UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

05 1889

Re:  Donald G. Jackman, Jr. v. Bureau of ATF

Civil Action No. _____

I Donald G. Jackman, Jr.  # 06804068 , hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or   (attached)

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.   (see attached)

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

### TO BE COMPLETED BY RECORDS OFFICER OF PRISON

1. The plaintiff presently has the some of $00.10 on account at Mckean, Federal Correctional Institution.

   X  Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding one year period or March 2005 to Sept. 1, 2005
   (Indicate period covered by Account)

   ___ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because
   _____
   _____

2. The plaintiff has the following securities and other assets: (include any information you have regarding outside accounts, sources of income):
   N/A
   _____
   _____
   _____

3. Other information relevant to plaintiff's financial status or information that plaintiff's statements contained in his motion and declaration in support of motion to proceed in forma pauperis are not true:  N/A
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

   Signed this  31st  day of August ,2005

                        R.D. Moore, Case Manager
                        Signature and Title of Records Officer
                        of Prison