```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
_____
                                       )
DONALD G. JACKMAN, JR.                 )
#06804068                              )
Federal Correction Institution,        )
McKean                                 )
P.O. Box 8000                          )
Bradford, PA 165701                    )
                                       )
                Plaintiff,             )
                                       )
     v.                                ) Civil Action No. 05-1889(JR)
                                       )
DEPARTMENT OF JUSTICE                  )
BUREAU OF ALCOHOL, TOBACCO,            )
FIREARMS AND EXPLOSIVES                )
Washington, D.C. 20530                 )
                                       )
                Defendants.            )
                                       )
_____ )
```

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                              Respectfully submitted,

                              _____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Civil Division
                              Washington, D.C.  20530
                              (202)514-7205

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of October, 2005, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701

_____
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530