```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| DONALD G. JACKMAN, JR. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1889(JR) |
| DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES | ) |
| Defendants. | ) |

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the Complaint up to and including November 22, 2005.

The plaintiff, a <u>pro se</u> incarcerated prisoner, has filed two FOIA cases assigned to the present Assistant United States Attorney, one against the FBI and the present case against the Bureau of Alcohol, Tobacco and Firearms. Both cases were assigned to the Assistant United States Attorney responsible for the cases on October 11, 2005. Counsel immediately forwarded the complaints with a request for a litigation report. The inadvertent administrative delay in forwarding this case to the responsible AUSA didn't provide sufficient time for the defendant client to respond.

Counsel anticipates a draft <u>Vaughn</u> declaration and index by

...

early next week. However, counsel is in depositions the week of November 8, 2005. Counsel anticipates she can file a dispositive motion by November 22, 2005.

The plaintiff was not contacted concerning this motion because he is incarcerated in a federal correctional institution.

Wherefore, it is respectfully requested that the defendant have up to and including November 22, 2005 to answer or otherwise respond to the complaint.

                              Respectfully submitted,

                              _____
                              KENNETH L. WAINSTEIN, D.C. Bar #451058
                              United States Attorney

                              _____
                              R. CRAIG LAWRENCE, D.C. Bar #171538
                              Assistant United States Attorney

                              _____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 4TH St., N.W.,
                              Civil Division
                              Washington, D.C.  20530
                              (202) 514-7205

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of October, 2005, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701

                                                        _____
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530