IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD G. JACKMAN, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1889(JR) |
| | ) |
| DEPARTMENT OF JUSTICE | ) |
| BUREAU OF ALCOHOL, TOBACCO, | ) |
| FIREARMS AND EXPLOSIVES | ) |
| | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the defendant's Motion for an Enlargement of Time, it is by the Court this \_\_\_\_ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that defendant shall answer or otherwise respond to the complaint on or before November 22, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

DIANE SULLIVAN
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Civil Division
Washington, D.C.  20530

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701