UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM SHORTER, JR.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1203 (RBW) |
| ) | |
| v. ) | |
| ) | |
| **HARLEY LAPPIN**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion To Dismiss, support thereof, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted, and

FURTHER ORDERED that this case is dismissed with prejudice.

This is a final and appealable order.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530

William Shorter, Jr.
Reg No. 42863-083
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512