UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. JACKMAN, JR. <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE <br> BUREAU OF ALCOHOL, TOBACCO, <br> FIREARMS AND EXPLOSIVES <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1889(HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S NOTICE OF ERRATA**

Defendant respectfully files this Notice of Errata regarding its motion for extension of time to file a reply to plaintiff's opposition to defendant's motion to dismiss. The motion, docket entry no. [17], inadvertently contained language referencing default judgment which is not applicable to the filing of a reply to plaintiff's opposition. A corrected version is attached hereto. The undersigned counsel regrets the error.

December 29, 2005                              Respectfully submitted,

                                                       KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                                       United States Attorney

                                                       _____

                                                       DIANE M. SULLIVAN, D.C. Bar #12765
                                                       Assistant United States Attorney
                                                       555 4th St., N.W.
                                                       Washington, D.C. 20530
                                                       (202) 514-7204

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Defendant's Notice of Errata was served by first class mail, postage prepaid upon *pro se* plaintiff a the following address:

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701

on this **29th** day of December 2005.

_____
DIANE SULLIVAN
Assistant United States Attorney