UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. JACKMAN, JR. )<br>  )<br> Plaintiff, )<br>  )<br> v. )<br>  )<br>DEPARTMENT OF JUSTICE )<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES )<br>  )<br> Defendants. )<br>  )  | Civil Action No. 05-1889(HHK) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The defendant in the above-captioned case hereby moves, pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, for an extension of time, to January 9, 2006 to respond to plaintiff's opposition to defendant's motion to dismiss. Defendant's reply was originally due December 23, 2005.

Rule 6(b)(2) permits a motion made the expiration of the specified period, when the failure to act was the result of excusable neglect. The undersigned counsel missed the current deadline due to her absence from the office over the Christmas holiday. In addition, plaintiff was given additional time until December 30, 2005 to file his opposition, but he filed well in advance of that deadline. Finally, counsel did not receive plaintiff's opposition in their office until December 28, 2005, due to heightened mail security. As a result, counsel was unaware that the deadline to file a reply to plaintiff's opposition had begun to run. The undersigned regrets the

error.

Counsel's error has not, however, caused any delay in the progression of this case. Accordingly, defendant requests that it receive an extension of time to January 9, 2006 to file a reply to plaintiff's opposition to defendant's motion to dismiss.

Because plaintiff is incarcerated, and is pro se, Local Rule 7(m) does not apply to this motion, and defendant therefore has not obtained his position as to the relief requested.

December 29, 2005                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this ___ day of December, 2005, I caused the foregoing motion to be served on plaintiff *pro se*, postage prepaid and addressed as follows:

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701

_____
Diane Sullivan
Assistant United States Attorney