## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

|  |  |
|---|---|
| **DONALD G. JACKMAN, JR.** | ) |
|  | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) **Civil Action No. 05-1889(HHK)** |
|  | ) |
| **DEPARTMENT OF JUSTICE** | ) |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) |
| **FIREARMS AND EXPLOSIVES** | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |
|  | ) |

---

### ORDER

UPON CONSIDERATION of the Defendant's Motion To Enlarge Time to File a Reply,

support thereof, the grounds stated therefore and the entire record in this matter, it is by the Court

this _____day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted, and

FURTHER ORDERED that defendants will have until January 9, 2006 to file a reply to

plaintiff's opposition to defendant's motion to dismiss.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701

Diane Sullivan
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530