UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DONALD G. JACKMAN, JR.         )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 05-1889(HHK)
                               )
DEPARTMENT OF JUSTICE          )
BUREAU OF ALCOHOL, TOBACCO,    )
FIREARMS AND EXPLOSIVES        )
                               )
          Defendants.          )
                               )
_____)
```

**DEFENDANTS' RESPONSE TO PLAINTIFF'S COUNTERCLAIM AND
<u>MOTION IN OPPOSITION TO EXTENSION OF TIME</u>**

The defendant has reviewed plaintiff's pleading which appears to oppose defendant's motion for an enlargement of time to file a reply to plaintiff's opposition to defendant's motion for summary judgment and reargues points raised in his opposition.

Plaintiff's "counterclaim and motion in opposition . . ." is moot.  The Court granted defendant's motion and the defendant timely filed its reply.  In its reply, the defendant responded to the plaintiff's arguments regarding his confinement and incorporates them by reference.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this ___ day of January, 2006, I caused the foregoing to be served by First-Class mail, postage prepaid as follows:

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701

_____
DIANE M. SULLIVAN
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204