UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD G. JACKMAN, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>Defendant. | Civil Action 05-1889  (HHK) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion for summary judgment [Dkt. No. 13] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for defendant and this case is **DISMISSED**.  This is a final appealable Order.

_____s/_____
Henry H. Kennedy, Jr.
United States District Judge

Date: September 11, 2006